UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DALE FREEMAN #752710,

    Plaintiff,

v.

JENNIFER HEADLEY, et al.,

    Defendants.
_____/

CASE NO. 2:18-CV-68

HON. ROBERT J. JONKER

## **ORDER**

After the Magistrate Judge issued his Report and Recommendation, ECF No. 59, Plaintiff moved for leave to file an amended complaint, ECF No. 61. The amendment would eliminate some claims and streamline others. Defendants support Plaintiff's motion.

The Court **GRANTS** Plaintiff's motion for leave to file an amended complaint. The amendments will likely impact at least some portion of the Report and Recommendation. Accordingly, the Court dismisses the Report and Recommendation, as well as the underlying motion it addresses, ECF No. 48, without prejudice, as moot. Defendants may renew their exhaustion motion, or assert other defenses as appropriate, in response to the amended complaint.

Dated:   March 2, 2020          /s/ Robert J. Jonker
                                               ROBERT J. JONKER
                                               CHIEF UNITED STATES DISTRICT JUDGE