UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DALE FREEMAN,

    Plaintiff,

v.

JENNIFER HEADLEY, et al.,

    Defendant.

_____/

CASE No. 2:18-cv-68

HON. ROBERT J. JONKER

## ORDER

On March 8, 2021, the Court entered an Order Approving and Adopting the Magistrate Judge's Report and Recommendation in this matter, following a de novo review. For the reasons recited in that Order, as well as the Report and Recommendation itself, Plaintiff's Motion for Summary Judgment (ECF No. 72) is **DENIED.**

    **IT IS SO ORDERED.**

Dated:   March 9, 2021        /s/ Robert J. Jonker
                                            ROBERT J. JONKER
                                            CHIEF UNITED STATES DISTRICT JUDGE